TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Vicente Mora Hurtado,

Plaintiff,

v.

United States of America,

Defendant.

Case No. 2:25-cv-02604-ART-DJA

**ORDER GRANTING Stipulation to Dismiss with Prejudice**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vicente Mora Hurtado and Defendant, United States of America, by and through their undersigned counsel, stipulate that his claim shall be dismissed with prejudice.

//

//

//

//

//

//

//

//

Each party to bear its own costs and attorney's fees.

Respectfully submitted this 16th day of July 2026.

MADDOX & CISNEROS, PLLC

*/s/ Norberto Cisneros*
NORBERTO CISNEROS
1210 S. Valley View Blvd., Suite 202
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/Nathan M. Claus*
NATHAN M. CLAUS
*Assistant United States Attorney*

**IT IS SO ORDERED:**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED this 16th day of July, 2026.